# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JOHN C. HOOPER, CHARLES W. LAWSON, LARRY MORRISON, JEFF WIDMAN, JACK E. HITE, KEVIN L. WOODS, HOWARD MCGOLDRICK, JAMIE S. RHODES, JASON B. HALLMAN, MORGAN NICHOLS, JOSHUA SIMMONS, DOUGLAS LOFTIN, <br><br>Plaintiffs, <br>v. <br><br>CAPSCO INDUSTRIES, INC. <br><br>Defendant. | Case No. 3:11-CV-706 <br><br>Judge John T. Nixon <br><br>DEMAND FOR JURY TRIAL <br><br>COMPLEX LITIGATION |

## ORDER AND DEFAULT JUDGMENT

On August 30, 2013, Plaintiffs filed its Motion for Default Judgment (the "Motion").

From a review of the Motion and the accompanying Memorandum, the Clerk finds good cause to enter judgment against the Defendant.

A review of the record reveals that Defendant was served July 28, 2011 (Dkt. No. 4), and that since that time Defendant has failed to file an answer or otherwise defend against this action. The Clerk entered default against the Defendant on September 12, 2011 (Dkt. No. 7).

Accordingly, for the reasons stated above and for the reasons outlined in the Motion and the accompany memorandum, the Clerk hereby enters default judgment pursuant to Fed. R. Civ. P. 55(b)(1) against Defendant Capsco Industries, Inc. in the amount of $57,585.

Plaintiffs' counsel shall file a motion under Rule 54 and Local Rule 54.1 for attorneys' fees and costs.

1

*IT IS SO ORDERED*.

Dated: 16 day of September 2013

_____
Keith Throckmorton
Clerk of Court